UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60869-CIV-HURLEY/HOPKINS

ALWIN HERBST, et al.,

    Plaintiffs,

v.

NORTH OCEAN CONDOS, L.P.,

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND GRANTING DEFENDANT'S MOTION FOR ATTORNEYS' FEES

**THIS CAUSE** is before the court upon defendant's motion for attorneys' fees [DE # 19] and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that defendant's motion for attorneys' fees [DE # 25]. No objections were filed to the magistrate judge's report.

Pursuant to Fed. R. Civ. P. 72(b), "The district judge . . . shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule." The rule requires that objections be filed within ten days of service of the report and recommendation, and that the objecting party arrange for transcription of sufficient portions of the record. Fed. R. Civ. P. 72(b). The district judge may then "accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions." *Id*. Portions of the report and recommendation that are not specifically objected to are subject to the clear error standard. The identical requirements are set forth in 28 U.S.C. § 636(b)(1).

Order Adopting R & R of Magistrate Judge
Herbst et al. v. North Ocean Condos, L.P.
Case No. 08-60869-CIV-HURLEY/HOPKINS

Upon review of the report of the magistrate judge, it is hereby **ORDERED** and **ADJUDGED**:

1. The Report and Recommendation of the United States Magistrate Judge [DE # 25] is **ADOPTED** in its entirety and incorporated herein by reference.

2. Defendant's motion for attorney's fees [DE # 19] is **GRANTED**.

3. Pursuant to Rule 58, the court shall issue final judgment by separate order.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 29th day of July, 2009.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*
Hon. Linnea R. Johnson